# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| SueAnn E. Bruce<br>**Debtor 1**<br><br>American Honda Finance Corporation d/b/a Honda Financial Services, Administrator for Honda Lease Trust<br>**Movant(s)**<br>v.<br>SueAnn E. Bruce<br>Kiran Lojak (Non-Filing Co-Debtor)<br>**Respondent(s)**<br>Jack N. Zaharopoulos, Esquire<br>Standing Chapter 13 Trustee<br>**Additional Respondent** | **Chapter** 13<br><br>**Case No.** 1:21-BK-02164-HWV<br><br>**Matter:** Motion for Relief from the Automatic Stay<br><br>**Document No.** 40 |

## DEBTOR(S)' ANSWER TO MOVANT(S)' MOTION
## FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, come the Debtor(s), SueAnn E. Bruce, through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay and aver as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted. Debtor(s) stand ready to bring their account current per stipulation terms agreeable to the parties.

5. Paragraph 5 contains a conclusion of law to which no response is required.

WHEREFORE, Debtor(s) requests this Court deny the requested relief.

|  |  |
|---|---|
|  | Respectfully submitted,<br>**DETHLEFS PYKOSH & MURPHY** |
| Date: August 11, 2022 | /s/ Paul D. Murphy-Ahles<br><br>Paul D. Murphy-Ahles, Esquire<br>PA ID No. 201207<br>2132 Market Street<br>Camp Hill, PA 17011<br>(717) 975-9446<br>pmurphy@dplglaw.com<br>*Attorney for Debtor(s)* |

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| SueAnn E. Bruce<br>**Debtor 1**<br><br>American Honda Finance Corporation d/b/a Honda Financial Services, Administrator for Honda Lease Trust<br>**Movant(s)**<br>v.<br>SueAnn E. Bruce<br>Kiran Lojak (Non-Filing Co-Debtor)<br>**Respondent(s)**<br>Jack N. Zaharopoulos, Esquire<br>Standing Chapter 13 Trustee<br>**Additional Respondent** | **Chapter** 13<br><br>**Case No.** 1:21-BK-02164-HWV<br><br>**Matter:** Motion for Relief from the Automatic Stay<br><br>**Document No.** 40 |

**CERTIFICATE OF SERVICE**

I hereby certify that on Thursday, August 11, 2022, I served a true and correct copy of the **Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay** in this proceeding via electronic means upon the following:

William Craig, Esquire
Morton & Craig
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
*Counsel for Movant(s)*

Jack H. Zaharopoulos, Esquire
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Office of the United States Trustee
Ronald Reagan Federal Building
228 Walnut Street, Room 1190
Harrisburg, PA 17101

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire