IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
SUEANN E. BRUCE,                          :
        Debtor                          :          Chapter 13
                                          :
                                          :          Case No. 1:21-bk-02164-HWV

ENTRY OF APPEARANCE

TO THE CLERK:

    Kindly enter the appearance of John M. Hyams, Esquire as attorney of record for Welton M. Bruce, Jr., in the above-captioned matter.

                                Respectfully submitted,

                                LAW OFFICES OF JOHN M. HYAMS

Dated: May 28, 2023         By:   /s/ John M. Hyams
                                     John M. Hyams
                                     2023 North 2nd Street
                                     Harrisburg, PA 17102
                                     (717) 520-0300