In re:                                                                                    Case No. 21-02164-HWV

SueAnn E. Bruce                                                                Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Oct 23, 2025 | Form ID: ordsmiss | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | SueAnn E. Bruce, 139 Bunny Lane, Palmyra, PA 17078-8801 |
| intp | + | Welton M. Bruce, Jr., 139 Bunny Lane, Palmyra, PA 17078-8801 |
| 5439035 | + | FedLoan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 5439987 | + | TIAA, Robertson, Anschutz, Schneid, Crane, PLL, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 5439044 | + | TIAA Bank, 3637 Sentara Way, PO Box 8068, Virginia Beach, VA 23450-8068 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Oct 23 2025 22:40:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: RASEBN@raslg.com | Oct 23 2025 18:38:00 | TIAA, FSB, RAS Crane, 10700 Abbotts Bridge Rd, Suite 170, Duluth, GA 30097-8461 |
| 5439979 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 23 2025 18:38:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 5439026 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 23 2025 18:38:00 | American Honda Finance Corporation, PO Box 168088, Irving, TX 75016-8088 |
| 5486154 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 23 2025 18:38:00 | American Honda Finance Corporation d/b/a Honda Fin, 3625 W. Royal Lane, #200, Irving, TX 75063-2912 |
| 5439027 | | Email/Text: Bankruptcy@BAMcollections.com | Oct 23 2025 18:38:00 | Bureau of Account Management, 3607 Rosemont Avenue, Suite 502, PO Box 8875, Camp Hill, PA 17001-8875 |
| 5445490 | | EDI: CAPITALONE.COM | Oct 23 2025 22:40:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5439028 | | EDI: CAPITALONE.COM | Oct 23 2025 22:40:00 | Capital One Bank USA, NA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5439029 | + | EDI: JPMORGANCHASE | Oct 23 2025 22:40:00 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 5439030 | | EDI: WFNNB.COM | Oct 23 2025 22:40:00 | Comenity Bank / Wayfair, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 5439032 | + | EDI: CCS.COM | Oct 23 2025 22:40:00 | Credit Collection Services, 725 Canton Street, PO Box 607, Norwood, MA 02062-0607 |
| 5439033 | + | Email/PDF: creditonebknotifications@resurgent.com | | |

| | | Oct 23 2025 18:41:23 | Credit One Bank, NA, PO Box 98875, Las Vegas, NV 89193-8875 |
| 5439031 | Email/Text: bk@freedomfinancialnetwork.com | | |
| | | Oct 23 2025 18:38:00 | Consolidation Plus, PO Box 2340, Phoenix, AZ 85002-2340 |
| 5439037 | Email/Text: bk@freedomfinancialnetwork.com | | |
| | | Oct 23 2025 18:38:00 | Freedom Financial Asset Management, 1875 South Grant Street, Suite 400, San Mateo, CA 94402 |
| 5439036 | Email/Text: crdept@na.firstsource.com | | |
| | | Oct 23 2025 18:38:00 | Firstsource Advantage, LLC, PO Box 628, Buffalo, NY 14240-0628 |
| 5439038 | + Email/Text: bankruptcy@greenskycredit.com | | |
| | | Oct 23 2025 18:38:00 | GreenSky, LLC, 1797 NE Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 5443607 | + Email/Text: bankruptcy@greenskycredit.com | | |
| | | Oct 23 2025 18:38:00 | Greensky,LLC, 1797 North East Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 5439039 | + EDI: IRS.COM | | |
| | | Oct 23 2025 22:40:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5443792 | + Email/Text: RASEBN@raslg.com | | |
| | | Oct 23 2025 18:38:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5446639 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Oct 23 2025 18:41:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5668979 | Email/Text: EBN@Mohela.com | | |
| | | Oct 23 2025 18:38:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 5439040 | + Email/PDF: Bankruptcy_Prod@mohela.com | | |
| | | Oct 23 2025 18:41:23 | Navient Solutions, Inc., Attn: Claims Department, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 5462740 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Oct 23 2025 18:38:00 | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 5462741 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Oct 23 2025 18:38:00 | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342, PNC Bank, National Association, Attn: Bankruptcy |
| 5448268 | EDI: PRA.COM | | |
| | | Oct 23 2025 22:40:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5439041 | EDI: PRA.COM | | |
| | | Oct 23 2025 22:40:00 | PRA Receivables Management, LLC, d/b/a Portfolio Recovery Associates, PO Box 41067, Norfolk, VA 23541-1067 |
| 5448887 | EDI: Q3G.COM | | |
| | | Oct 23 2025 22:40:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5439341 | + EDI: PRA.COM | | |
| | | Oct 23 2025 22:40:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5439042 | EDI: SYNC | | |
| | | Oct 23 2025 22:40:00 | Synchrony Bank / Care Credit, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5439043 | + EDI: WTRRNBANK.COM | | |
| | | Oct 23 2025 22:40:00 | TD Bank USA / Target Card, PO Box 673, Minneapolis, MN 55440-0673 |
| 5448299 | + Email/Text: LC-Bankruptcy-RF@loancare.net | | |
| | | Oct 23 2025 18:38:00 | TIAA, FSB, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5441975 | ^ MEBN | | |
| | | Oct 23 2025 18:36:09 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | American Honda Finance Corporation d/b/a Honda Fin, 3625 W. Royal Lane, #200, Irving, TX 75063-2912 |
| 5439034 | ##+ | Crumay Parnes Associates, Inc., 104 Erford Road, Camp Hill, PA 17011-1898 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 25, 2025            Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles G. Wohlrab | on behalf of Creditor TIAA  FSB bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| John Matthew Hyams | on behalf of Interested Party Welton M. Bruce  Jr. jmh@johnhyamslaw.com, acb@johnhyamslaw.com;dlh@johnhyamslaw.com;cne@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 SueAnn E. Bruce pmurphy@dplglaw.com  rreynolds@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor American Honda Finance Corporation d/b/a Honda Financial Services  Administrator For Honda Lease Trust wcraig@egalawfirm.com, mortoncraigecf@gmail.com |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

SueAnn E. Bruce,                                    Chapter          13

**Debtor 1**

Case No.          1:21−bk−02164−HWV

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated:  October 23, 2025

ordsmiss (05/18)